HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCIE L. SCHREPEL, | Case No. 2:20-cv-01996-AC |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a forty-five (45) day extension of time until June 28, 2021, in which to e-file her Motion for Summary Judgment which is due on May 13, 2021. Defendant shall file any opposition, including cross-motion, on or before July 28, 2021. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: May 4, 2021                    */s/HARVEY P. SACKETT*
                                           HARVEY P. SACKETT

1

STIPULATION AND ORDER

|   |   |
|---|---|
| Dated: May 4, 2021 | Attorney for Plaintiff<br>DARCIE L. SCHREPEL<br><br>/s/MARCELO N. ILLARMO<br>MARCELO N. ILLARMO<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>[*As authorized by email 5/4/21] |

IT IS ORDERED.

Dated: May 6, 2021

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE