PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARICE L. SCHREPEL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:20-cv-01996-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her cross-motion for summary judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2.  Defendant's response to Plaintiff's opening brief is currently due July 28, 2021. Defendant has not previously requested an extension of time for this deadline.

3.  The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4.  The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in these eight assigned jurisdictions, at least part-time. Between July 15, 2021, and August 14, 2021, the Region IX Office has 247 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office has five appellate cases requiring briefing before the Ninth Circuit Court of Appeals during that period.

5.  In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6.  The undersigned attorney has 13 briefs due in district court cases over the next 30 days, as well as additional non-briefing work.

7.  Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of July 28, 2021. Therefore, Defendant seeks an extension of 30 days, until August 27, 2021 to respond to Plaintiff's opening brief.

8.  This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 27, 2021, to file her cross-motion for summary judgment.

Respectfully submitted,

DATE: July 22, 2021   /s/ *__Harvey Sackett
HARVEY SACKETT
Attorney for Plaintiff
(* as approved via email 7/20/21)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: July _, 2021   By   s/    Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: July 23, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE